**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

May 28, 2025

**Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 8.**

**BY ECF & EMAIL**

**SO ORDERED.**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Arun Subramanian, U.S.D.J.
Dated: May 28, 2025

**Re: Jeremy Jordan-Jones (25-CR-232-AS)**

Dear Judge Subramanian:

The Defense writes to request a one-week extension of the deadline for the conditions of the bond to be met in this matter from May 28, 2025 to June 4, 2025. The government does not oppose this request.

Mr. Jordan-Jones appeared before Magistrate Judge Robert W. Lehrburger for presentment on May 21, 2025. At that time, Mr. Jordan-Jones was released on his own signature under a personal recognizance bond of $3,500,000 with the requirement that it be co-signed by three financially responsible persons. Judge Lehrburger set a requirement that the conditions of the bond be met by May 28, 2025.

This request is the first request by the Defense for an extension of time to meet the requirements of the bond.

The parties are scheduled to appear before your Honor on May 30, 2025 for arraignment.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007