UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>JEREMY JORDAN-JONES,<br>                              Defendant. | 25-cr-232 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Friday, May 30, 2025 at 4:30 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 28, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge