# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

July 24, 2025

*Application GRANTED. The conference scheduled for July 28 will now take place on Thursday, September 11, 2025, at 2:00 PM.*

**BY ECF & EMAIL**

*If the Government wishes to move for an exclusion of time, it may do so by way of separate order.*

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The Clerk of Court is respectfully directed to terminate the motion at Dkt. 16.*

*SO ORDERED.*

**Re: Jeremy Jordan-Jones (25-CR-232-AS)**

*Arun Subramanian, U.S.D.J.*
*Dated: July 24, 2025*

Dear Judge Subramanian:

The Defense writes to request a continuance of the presently scheduled conference on July 28, 2025 to any day the week of September 8, 2025. The government does not oppose this request.

Mr. Jordan-Jones appeared before this Court on May 30, 2025 for arraignment on the indictment. The Court adjourned the case for a status conference on July 28, 2025. In the intervening time, a protective order was consented to, and the government has begun turning over discovery in this matter.

However, Mr. Jordan-Jones informed undersigned counsel on July 23, 2025 that he is attempting to retain counsel to represent him in this matter. He indicates needing a few weeks to speak with the attorneys he has identified and potentially retain counsel. Accordingly, the Defense requests a continuance of the presently scheduled conference to the week of September 8, 2025 to accommodate the ascertainment of retained counsel.

The Defense consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h).

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007