# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 4, 2025

The proposed schedule is adopted. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 19.

**BY ECF**

SO ORDERED.

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Arun Subramanian, U.S.D.J.
Date: December 11, 2025

**Re: Jeremy Jordan-Jones (25-CR-232-AS)**

Dear Judge Subramanian:

The parties have conferred and propose the following schedule for motions in this matter:

> Defense motions by April 1, 2026
> Government oppositions by April 22, 2026
> Defense replies by May 1, 2026

Per the Court's Individual Practices in Criminal Cases, the parties understand that the Court will enter an order approximately two months before the trial date of June 22, 2026 scheduling a final pretrial conference and setting deadlines for the submission of requests to charge, proposed voir dire, proposed verdict forms, and any motions in limine.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007