# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 26, 2026

**BY ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Jeremy Jordan-Jones (25-CR-232-AS)**

Dear Judge Subramanian:

The Defense writes to request a 90-day continuance of the present motions schedule and trial date in this matter.

In accordance with the Court's Individual Practices:

(1) Current trial date: June 22, 2026. Current initial pretrial motions deadline: April 1, 2026.

(2) There have been no prior requests for adjournment of the trial date or motions schedule.

(3) There have been no prior denials as there have been no prior requests.

(4) This matter commenced approximately nine months ago, on May 21, 2025, when Mr. Jordan-Jones was released on a $3,500,000 bond. ECF No. 6. For the majority of this matter, Mr. Jordan-Jones indicated his intention to retain private counsel. This Court granted a series of adjournments for that purpose. *See* ECF No. 16; ECF No. 18. In December 2025—slightly more than two months ago—it became clear that Mr. Jordan-Jones was unsuccessful in retaining counsel and the Federal Defenders would represent him through trial. Much of the Defense discovery review has taken place since the December 2025 finality in ascertainment of counsel.

The scope, volume, and type of discovery in this matter is significant. Specialized discovery review software is needed in order to just access a *portion* of the discovery. Multiple electronic devices have been extracted and the most recent disclosure occurred less than a month ago. In short, appropriate review, analysis, investigation, and preparation requires a meaningful addition of time.

Undersigned counsel appreciates the logistical demands on the government of coordinating witnesses in a trial of this category. Although the trial date is four months from now, undersigned counsel hopes that this advance adjournment would minimize disruption in the planning of witnesses as well as allow for counsel to effectively review discovery, investigate this matter, and prepare for trial.

Lastly, Mr. Jordan-Jones is not incarcerated and there have been no Pretrial violation reports.

(5) The government does not consent to this request.

(6) The next scheduled appearance before the Court is the present June 22, 2026 trial date.

Although the government does not consent to this request. Undersigned counsel is in communication with the assigned Assistant United States Attorney and can provide mutually suitable trial dates if the Court grants this application.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Application GRANTED. The parties should confer and propose alternative dates for trial.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: March 4, 2026