# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 30, 2026

**BY ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

GRANTED.

The Clerk of Court is respectfully directed to terminate the
motion at ECF No. 25.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 1, 2026

**Re: United States v. Jeremy Jordan-Jones, 25-CR-232 (AS)**

Dear Judge Subramanian:

The Defense writes to request a temporary modification of Mr. Jordan-Jones's pretrial release conditions to allow for travel to Los Angeles, CA (contained within the Central District of California) for the dates May 5, 2026 through May 11, 2026.

Undersigned counsel has communicated with Pretrial, which indicates "no objection to this travel request and just request he[] provide all travel information to his officer and where he will be staying."

Undersigned counsel has also communicated with the assigned Assistant United States Attorney regarding this request and understands that the government "defer to Pretrial."

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007