UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Jeremy Jordan-Jones,

*Defendant.*

~~[PROPOSED]~~
**ORDER**

**25 Cr. 232 (AS)**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 4, 2026;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered a guilty plea to Counts One and Two of the Indictment knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea to Counts One and Two of the Indictment is accepted, and that sentencing is scheduled for January 26, 2027, at 11 a.m.

**SO ORDERED:**

Dated: New York, New York
September 23, 2026

THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK